RICHARD M. ROGERS (BAR NO. 045843)
MAYO & ROGERS
114 Sansome Street, #1310
San Francisco, CA 94104
Telephone: (415) 397-1515
Facsimile: (415) 397-1540

Attorneys for Plaintiff
JOSEPH F. GUERIN

PATRICIA K. GILLETTE (BAR NO. 74461)
MARY F. RILEY (BAR NO. 195874)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. GUERIN,<br><br>  Plaintiff,<br><br>v.<br><br>GENENTECH, INC.<br><br>  Defendant. | Case No.: C04 3099 JSW<br><br>Case Filed: 7/29/04<br>Case Reassigned: 8/24/04<br>Trial Date: February 21, 2006<br><br>JOINT STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE; AND [PROPOSED] ORDER<br><br>The Hon. Jeffrey S. White |

Plaintiff Joseph Guerin ("Plaintiff") and Defendant Genentech, Inc., through and by their undersigned attorneys of record, hereby agree and stipulate to the following:

1.  Tracy Achorn, the attorney with principal responsibility for this case, has left Heller Ehrman effective June 10, 2005. Mary Riley of Heller Ehrman has assumed

JOINT STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE AND [PROPOSED]

1 | responsibility for the case, but is not yet familiar with the case background and has not had
2 | the opportunity to read the file and depositions conducted to date.

3 |     2.    Pursuant to the Case Management Order entered in this matter and the Court's
4 | Order of April 20, 2005, the last date for Genentech to bring a dispositive motion is July 1,
5 | 2005, for a hearing on August 12, 2005. Ms. Riley needs sufficient time to acquaint herself
6 | with the facts of this case before she can prepare a motion for summary judgment. Due to
7 | commitments in other matters, which were set before Ms. Riley assumed responsibility for
8 | this case, there is insufficient time to prepare a substantive motion. Counsel for Plaintiff,
9 | Richard Rogers, has no objection to this extension. Accordingly, the parties hereby request
10 | that the Court extend the deadline for filing dispositive motions to September 1, 2005, for
11 | hearing on October 6, 2005. This will not affect any other dates set in this case, including
12 | the trial date of February 21, 2006.

13 |     3.    This is the parties' second request for any amendment to the Case
14 | Management Order.

15 | Dated: June 16, 2005

Respectfully submitted,

MAYO & ROGERS

By _____
RICHARD M. ROGERS
Attorneys for Plaintiff
JOSEPH F. GUERIN

Dated: June 16, 2005

HELLER EHRMAN LLP

By _____
PATRICIA K. GILLETTE
MARY F. RILEY
Defendant
GENENTECH, INC.

-2-

JOINT STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE AND [PROPOSED]

MARY F. RILEY attests that the content of this document is acceptable to all persons required to sign the document. The signed, executed copy of this document is in possession of Defendant's attorneys of record.

s/Mary F. Riley
MARY F. RILEY

[~~PROPOSED~~] ORDER

Based on the foregoing stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED that the case management order be amended to provide that the last date for **hearing** dispositive motions in this case shall be ~~October 6,~~ 2005.

October 7, 2005 at 9:00 a.m.

DATED: June 16, 2005               /s/ Jeffrey S. White
                                   UNITED STATES DISTRICT COURT JUDGE

Heller Ehrman LLP

-3-

JOINT STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE AND [~~PROPOSED~~]