1  RICHARD M. ROGERS (BAR NO. 045843)
   MAYO & ROGERS
2  114 Sansome Street, #1310
   San Francisco, CA 94104
3  Telephone: (415) 397-1515
   Facsimile: (415) 397-1540
4
   Attorneys for Plaintiff
5  JOSEPH F. GUERIN

6
   PATRICIA K. GILLETTE (BAR NO. 74461)
7  MARY F. RILEY (BAR NO. 195874)
   HELLER EHRMAN LLP
8  333 Bush Street
   San Francisco, CA 94104-2878
9  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
10
   Attorneys for Defendant
11 GENENTECH, INC.

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 
17 JOSEPH F. GUERIN,                    Case No.: C04 3099 JSW

18                      Plaintiff,       Case Filed:        7/29/04
                                         Case Reassigned:   8/24/04
19      v.                               Trial Date:        February 21, 2006

20 GENENTECH, INC.                       JOINT STIPULATION TO AMEND
                                         CASE MANAGEMENT SCHEDULE;
21                      Defendant.       AND [PROPOSED] ORDER

22
                                         The Hon. Jeffrey S White
23

-1-

Plaintiff Joseph Guerin ("Plaintiff") and Defendant Genentech, Inc., through and by their undersigned attorneys of record, hereby agree and stipulate to the following:

1. Tracy Achorn, the attorney with principal responsibility for this case, left Heller Ehrman effective June 10, 2005. Mary Riley of Heller Ehrman has recently assumed responsibility for the case.

2. Pursuant to the Case Management Order entered in this matter, a Case Management Conference is currently scheduled for July 15, 2005. Before taking over this case, Ms. Riley had scheduled a vacation out of state from July 14, 2005 through July 28, 2005, and therefore is not available for the Case Management Conference set for July 15, 2005. As a result, Defendant requests that the Case Management Conference be postponed to an alternative date after July 28, 2005. Counsel for Plaintiff, Richard Rogers, has no objection to this request. Accordingly, the parties hereby request that the Court reschedule the Case Management Conference to a date in August 2005.

3. This is the parties' third request for any amendment to the Case Management Order.

Dated: July 8, 2005

Respectfully submitted,

MAYO & ROGERS

By _____
RICHARD M. ROGERS
Attorneys for Plaintiff
JOSEPH F. GUERIN

Dated: July 8, 2005

HELLER EHRMAN LLP

By _____
PATRICIA K. GILLETTE
MARY F. RILEY
Defendant
GENENTECH, INC.

-2-

1  MARY F. RILEY attests that the content of this document is acceptable to all
2  persons required to sign the document. The signed, executed copy of this document is in
3  possession of Defendant's attorneys of record.

                                        s/Mary F. Riley
                                        MARY F. RILEY

                                    [~~PROPOSED~~] ORDER

Based on the foregoing stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED that the case management order be amended and that the Case Management Conference be rescheduled to August 12, 2005, at 1:30 p.m.

DATED: July 8, 2005

                                        /s/ Jeffrey S. White
                                        UNITED STATES DISTRICT COURT JUDGE