**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH F. GUERIN,

    Plaintiff,

    v.

GENENTECH INC.,

    Defendant.
    /

No. C 04-03099 JSW

**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING **TENTATIVE** RULINGS AND QUESTIONS FOR THE HEARING SCHEDULED ON OCTOBER 7, 2005:

    The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, without argument or additional briefing. *See* N.D. Civil Local Rule 7-3(d). The parties will be given the opportunity at oral argument to explain their reliance on such authority.

    The Court **tentatively GRANTS** Defendant's motion for summary judgment. The parties each shall have 15 minutes to address the following questions:

    1.    What material facts in the record before the Court indicate that Defendant acted as NetVersant's joint employer under the five factor test outlined in *Wynn*

*National Broadcasting Co., Inc.*, 234 F. Supp. 2d 1067, 1093-94 (C.D. Cal. 2002) (citing *Torres-Lopez v. May*, 111 F.3d 633, 639-640 (9th Cir. 1997)?

    a. What specific evidence in the record (page and line) supports Plaintiff's contention that Genentech had "control of virtually everything ... pertinent to [Plaintiff's] employment." (*See* Opp. Br. at p. 7.)

2. What material facts in the record before the Court indicate that Defendant's proffered reason for terminating the customer relationship with Plaintiff was pretextual?

3. What is Plaintiff's theory regarding the applicability of the Unruh Act to this matter?

4. Do the parties have any other issues they wish to address?

Dated: October 6, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE